**90-2090.** Disciplinary Counsel v. Heffernan. ▮▮▮▮▮▮▮▮▮▮ On motion for rehearing. Rehearing denied. On motion for stay. Stay denied.

## MISCELLANEOUS DISMISSALS

**91-700.** Quality Tire Barn, Inc. v. Carr. *Summit County,* No. 14729. Cause dismissed, on application of counsel for appellant, effective April 24, 1991.

### Friday, April 26, 1991

## MOTION DOCKET

**90-1815.** State v. Slagle. *Cuyahoga County,* No. 55759. On motion to remand to court of appeals and on motion for stay. Motions granted.

**91-582.** Limited Stores, Inc. v. Pan American World Airways, Inc. *Franklin County,* No. 89AP-502. On motion for stay. Motion granted.

Douglas and Resnick, JJ., dissent.

H. Brown, J., not participating.

### Monday, April 29, 1991

## MOTION DOCKET

**91-845.** Rath v. Williamson. In Prohibition. On motion for alternative writ. Motion denied.

Sweeney and Douglas, JJ., dissent.

On request for stay of execution. Request denied.

Sweeney and Douglas, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**91-497.** State v. Jamison. *Crawford County,* No. 8-89-24. Cause dismissed, on appellant's application to dismiss, effective April 25, 1991.

### Wednesday, May 1, 1991

## MERIT DOCKET

**91-268.** State, ex rel. Capers, v. Hughes. In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-388.** Cox v. Baker. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-426.** State, ex rel. Hardy, v. Sweeney. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-459.** State, ex rel. Rutledge, v. Callahan. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-473.** State, ex rel. Thrower, v. Doe. In Prohibition. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**91-491.** State, ex rel. Bunn, v. Zingales. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.